United States District Court
Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7    ANDREW JOHNSON, G57626,                    Case No. 22-cv-01569-SK  (PR)

8                  Petitioner,
                                                **ORDER OF TRANSFER**
9          v.

10   STATE OF CALIFORNIA,

11                 Respondent.

12         Petitioner seeks federal habeas review of a conviction from Solano County Superior Court,

13   which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).

14   Petitioner is incarcerated at the California Health Care Facility – Stockton in San Joaquin County,

15   which also lies within the venue of the Eastern District of California.  See id.

16         Venue is proper in a habeas action in either the district of confinement or the district of

17   conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction (rather than the

18   execution of a sentence) preferably are heard in the district of conviction.  See Habeas L.R. 2254-

19   3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

20         Because Solano County lies in the Eastern District of California, the court ORDERS that

21   pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice,

22   this petition be TRANSFERRED to the United States District Court for the Eastern District of

23   California.

24         The clerk shall transfer this matter forthwith.

25         **IT IS SO ORDERED**.

26   Dated: March 21, 2022

27                                              _____
                                                SALLIE KIM
28                                              United States Magistrate Judge