UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOHNSON, | No. 2:22-cv-0536 AC P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed March 25, 2022, petitioner was ordered to submit an in forma pauperis application or pay the $5.00 filing fee for habeas petitions. ECF No. 9. Petitioner has now filed a response in which he states that he does not have money to pay the $350.00 filing fee. ECF No. 10. He also states that he does not want a lawsuit and just wants the court to order the FBI to investigate and stop officers in the Vallejo Police Department from torturing him. Id.

      Petitioner's previous filings indicated that he was attempting to bring a petition for writ of habeas corpus to challenge the legality of his confinement. ECF Nos. 1, 5. Accordingly, if petitioner does not want to file an application to proceed in forma pauperis, the filing fee is $5.00, not $350.00, which is the filing fee for civil lawsuits. However, if petitioner is not seeking to pursue any legal action, he is free to voluntarily dismiss this cause of action without payment of

any fees. He need only notify the court that he wishes to dismiss the case. Petitioner is advised that it is outside the scope of the court's authority to order the FBI to conduct an investigation.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this order, petitioner shall submit an application to proceed in forma pauperis or the $5.00 filing fee. Alternatively, if petitioner is seeking to dismiss this case, he may file a notice of voluntary dismissal. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: April 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE