UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOHNSON, | No. 2:22-cv-0536 AC P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

By order filed March 25, 2022, petitioner was ordered to submit an in forma pauperis application or pay the $5.00 filing fee for habeas petitions. ECF No. 9. Petitioner responded to the order by saying that he did not have the money to pay the $350.00 filing fee. ECF No. 10. The court then clarified the applicable filing fee and granted petitioner an additional thirty days to submit an application to proceed in forma pauperis or pay the filing fee. ECF No. 11. Petitioner has now responded by saying he would like the Clerk's Office to call his ex-wife for the filing fee and that he has evidence of his unlawful imprisonment and that officers at the prison are "pill witing" his chest so that his "chest to bump into [his] heart." ECF No. 13.

Petitioner is advised that it is his responsibility to coordinate payment of the filing fee and the Clerk's Office will not make calls to collect the fees. Petitioner is further advised that the

$5.00 filing fee applies to habeas petitions only. A habeas petition is limited to challenging the legality or length of petitioner's conviction, confinement, or sentence. Claims regarding petitioner's conditions of confinement, including how petitioner is treated in the prison, must be brought by civil complaint. If petitioner wants to challenge the conditions of his confinement, he must do so in a separate action and that action will be subject to a $350.00 filing fee, although the fee will not have to be paid all at once if petitioner applies for and is granted leave to proceed in forma pauperis.

  Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this order, petitioner shall submit an application to proceed in forma pauperis or the $5.00 filing fee. No further extension of time will be granted absent a showing of extraordinary circumstances. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: April 27, 2022

              _____
              ALLISON CLAIRE
              UNITED STATES MAGISTRATE JUDGE