UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. 2:22-cv-0536 TLN AC P<br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On June 16, 2022, the undersigned recommended dismissing this case without prejudice based on petitioner's failure to submit an application to proceed in forma pauperis or pay the filing fee. ECF No. 18. The file reflects that petitioner has now paid the filing fee, and the Findings and Recommendations will therefore be withdrawn.

　　　Beyond identifying that the conviction at issue was rendered in Solano County, the petition provides no details to identify the conviction. ECF No. 5 at 1-2. Petitioner also fails to specify any grounds for relief in his petition and instead makes only vague references to an investigation showing his Fourteenth Amendment rights are being violated and conclusory assertions that he is being falsely imprisoned. Because the petition does not state any grounds for relief, petitioner will be given an opportunity to file an amended petition. The amended petition

should identify the conviction at issue and explain why he believes that his conviction or sentence is unconstitutional.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 16, 2022 findings and recommendations (ECF No. 18) are WITHDRAWN.

2. Petitioner's application for writ of habeas corpus does not state any grounds for relief and will not be served.

3. Within thirty days of the service of this order, petitioner may file an amended petition. Any amended petition must bear the case number assigned to this action and the title "Amended Petition." Failure to file an amended petition will result in a recommendation that this action be dismissed without prejudice.

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: June 17, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE