UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. JOHNSON, | No. 2:22-cv-0536 TLN AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| STATE OF CALIFORNIA, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed June 21, 2022, the court screened the petition and found that petitioner had not stated any grounds for relief.  ECF No. 19.  Petitioner was granted thirty days to file an amended petition.  <u>Id.</u>  Thirty days have now passed, and while petitioner has filed multiple declarations alleging that officers are "pill witing" him (ECF Nos. 21-24), he has yet to file an amended petition.  Petitioner will be given one more opportunity to file an amended petition and is cautioned that failure to do so will result in a recommendation that this action be dismissed.  He is also reminded that a habeas petition is limited to challenging the legality or length of his conviction, confinement, or sentence, while claims regarding his conditions of confinement, including how he is treated in the prison, must be brought in a separate civil complaint.

////

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file an amended petition. Failure to file an amended petition will result in a recommendation that this action be dismissed without prejudice.

DATED: August 9, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE